IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ARKINZIE SOLOMON, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | Civil Action No. 07-1716 |
| | ) | |
| v. | ) | Judge Fischer |
| | ) | Magistrate Judge Caiazza |
| WARDEN KRYSEVIG, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

Arkinzie Solomon filed a Petition for Writ of Habeas Corpus which was received by the Clerk of Court on December 17, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on April 25, 2008, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Solomon be dismissed and that a certificate of appealability be denied. The parties were allowed ten days from the date of service to file objections. Solomon filed objections on May 5, 2008.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this _16th_ day of _May_, 2008,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Arkinzie Solomon is dismissed, and a certificate

of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 17), dated April 25 22, 2008, is adopted as the opinion of the court.

                                                          /s/ Nora Barry Fischer
                                           Nora Barry Fischer
                                           United States District Court Judge

cc:
ARKINZIE SOLOMON FD-3849
S.C.I. at Cresson
P.O. Box A
Cresson, PA 16699-0001